UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:18-cv-62287/Ungaro

TODD RIZZI,

    Plaintiff,

vs.

ZWICKER & ASSOCIATES, P.C.,

    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Manuel H. Newburger of the law firm of Barron & Newburger, P.C., 7320 N. MoPac Expy., Suite 400, Austin, TX 78731, (512) 649-4022, for purposes of appearance as co-counsel on behalf of Defendant Zwicker & Associates, P.C. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Manuel H. Newburger to receive electronic filings in this case, and in support thereof states as follows:

    1.    Manuel H. Newburger is not admitted to practice in the Southern District of Florida and is a member in good standing of the Courts listed in the accompanying Exhibit A.

    2.    Movant, Lauren M. Burnette, Esquire, of the law firm of Messer Strickler, Ltd., 12276 San Jose Blvd., Suite 720, Jacksonville, FL 32223, 904-527-1172 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of

Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Manuel H. Newburger has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Manuel H. Newburger, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Manuel H. Newburger at email address: mnewburger@bn-lawyers.com.

WHEREFORE, Lauren M. Burnette, moves this Court to enter an Order allowing Manuel H. Newburger, to appear before this Court on behalf of Zwicker & Associates, P.C., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Manuel H. Newburger.

Date: November 28, 2018

          Respectfully submitted,

          **MESSER STRICKLER, LTD.**

    By: */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       FL Bar No. 0120079

                                                  450-106 State Road 13 N., Suite 326
                                                  St. Johns, FL 32259
                                                  (904) 201-9120
                                                  lburnette@messerstrickler.com
                                                  Counsel for Defendant

Dated:  November 28, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:18-cv-62287/Ungaro

TODD RIZZI,

    Plaintiff,

vs.

ZWICKER & ASSOCIATES, P.C.,

    Defendant.
_____/

**CERTIFICATION OF MANUEL H. NEWBURGER**

Manuel H. Newburger, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State bar of Texas and, *inter alia*, the United States District Court for the Western District of Texas.

                                                  /s/ Manuel H. Newburger
                                                   Manuel H. Newburger

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by electronic means on November 28, 2018, on all counsel or parties of record on the service list.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 0:18-cv-62287/Ungaro

TODD RIZZI,

    Plaintiff,
vs.

ZWICKER & ASSOCIATES, P.C.,

    Defendant.
_____ /

## SERVICE LIST

Jibrael S. Hindi
The Law Offices of Jibrael S. Hindi
110 SE 6th Street
Suite 1744
Fort Lauderdale, FL 33301
954-907-1136
jibrael@jibraellaw.com

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
450-106 State Road 13 N., Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@messerstrickler.com
Counsel for Defendant

Dated: November 28, 2018